Ellen McCrystal, Respondent, v. Nicholas McEnany and Others, Appellants, Impleaded with The Bedford Building Loan Association.— Judgment affirmed,

with costs. No opinion. Woodward, Jenks, Hooker and Miller, JJ., concurred; Hirschberg, P. J., not voting.